ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

JOHN H. MARTIN, Senior Trial Attorney (Colo. Bar #32667)
Wildlife & Marine Resources Section
999 18th St., Suite 600 North Terrace
Denver, CO 80202
Tel: 303-844-1383
Fax: 303-844-1350
Email: john.h.martin@usdoj.gov

SARA M. WARREN, Trial Attorney (GA Bar No. 966948)
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel:   (202) 307-1147
Fax:   (202) 305-0275
Email:  sara.warren@usdoj.gov

JENNIFER SUNDOOK, Trial Attorney (DC Bar No. 241583)
Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel:   (202) 341-2791
Fax:   (202) 341-2791
Email:  Jennifer.sundook@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KĀPAʻA, CONSERVATION COUNCIL FOR HAWAIʻI, and CENTER FOR BIOLOGICAL DIVERSITY, | Civil No. 25-00209 MWJS-WRP<br><br>STIPULATION RE: FEDERAL DEFENDANTS' CONCISE |

|  |  |
|---|---|
| Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States; LAURA GRIMM, in her official capacity as Acting Administrator of the National Oceanic and Atmospheric Administration; EUGENIO PIÑEIRO SOLER, in his official capacity as Assistant Administrator for NOAA Fisheries; and DOUG BURGUM, in his official capacity as Secretary of the Interior of the United States,<br><br>                    Defendants. | STATEMENT OF FACTS AND STATEMENT OF ADDITIONAL FACTS; ORDER<br><br>Date: August 5, 2025<br>Time: 1:00 PM<br>Judge: Hon. Micah W.J. Smith |

### STIPULATION RE: FEDERAL DEFENDANTS' CONCISE STATEMENT OF FACTS AND STATEMENT OF ADDITIONAL FACTS

The parties, by and through their undersigned counsel, hereby stipulate that Federal Defendants may amend their concise statement of facts and additional facts for the following reasons:

1.   On July 15, 2025, Federal Defendants submitted a response to Plaintiffs' concise statement of facts and statement of additional facts.

2.   On July 16, 2025, the parties met and conferred to resolve a potential dispute about the application of the 1,500-word limit for responses to concise

2

statements.

    3.    To avoid bringing a dispute before the Court, the parties have agreed for Federal Defendants to amend their response to the concise statement for the sole purpose of ensuring that both the response to Plaintiffs' concise statement and Federal Defendants' additional statement of facts, combined, meet the 1,500-word limit, as calculated in L.R. 7.4(d). Federal Defendants will not make any material changes or additions to their previously filed Response to Plaintiffs' Concise Statement of Facts and Statement of Additional Facts (ECF 24).

    4.    Federal Defendants will file their amended response to Plaintiffs' concise statement and statement of additional facts ("Amended Response") promptly upon grant of this request.

    5.    Federal Defendants have not shared their Amended Response, so Plaintiffs have not had any opportunity to review it. Plaintiffs reserve the right to object to any material changes or additions to Federal Defendants' previously filed Response to Plaintiffs' Concise Statement of Facts and Statement of Additional Facts (ECF 24).

    //

    //

    //

    //

6.    The parties therefore request that the Court allow Federal Defendants to file their Amended Response.

Dated: July 17, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ David L. Henkin*
_____
DAVID L. HENKIN
Earthjustice

*Attorney for Plaintiffs*

/s/ *Sara M. Warren*
By_____
SARA M. WARREN
Trial Attorney
Wildlife & Marine Resources Section
*Attorneys for Federal Defendants*

APPROVED AND SO ORDERED.

DATED: July 17, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

---

*Kāpaʻa,* et al. *v. Donald J. Trump,* et al.; Civil No. 25-00209 MWJS-WRP; STIPULATION RE: FEDERAL DEFENDANTS' CONCISE STATEMENT OF FACTS AND STATEMENT OF ADDITIONAL FACTS; ORDER

4