DAVID L. HENKIN #6876
KYLIE W. WAGER CRUZ #10165
HARLEY M. BROYLES #11640
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
       kwager@earthjustice.org
       hbroyles@earthjustice.org

Attorneys for Plaintiffs

ADAM R.F. GUSTAFSON
Principal Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

JENNIFER SUNDOOK
Trial Attorney (DC Bar No. 241583)
Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
T: (202) 341-2791
F: (202) 305-0275
Email: Jennifer.sundook@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| KĀPAʻA, CONSERVATION COUNCIL FOR HAWAIʻI, and CENTER FOR BIOLOGICAL DIVERSITY<br><br>Plaintiffs,<br><br>v. | CASE NO. CV 25-00209 MWJS-WRP<br><br>STIPULATION RE: ADMINISTRATIVE STAY; ORDER<br><br>Trial Date: December 7, 2026 |

| | |
|---|---|
| DONALD J. TRUMP, in his official capacity as President of the United States; HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States; NEIL JACOBS, in his official capacity as Administrator of the National Oceanic and Atmospheric Administration;[1] EUGENIO PIÑEIRO SOLER, in his official capacity as Assistant Administrator for NOAA Fisheries; and DOUG BURGUM, in his official capacity as Secretary of the Interior of the United States,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION RE: ADMINISTRATIVE STAY

The parties, by and through their undersigned counsel, hereby stipulate that:

1.  There have been no prior continuances of any of the deadlines or of the trial date set forth in the Rule 16 Scheduling Order herein (ECF 43).

2.  As discussed at the January 26, 2026, Confidential Settlement Conference/Status Conference (ECF 47), an administrative stay of the proceedings in the above-captioned case would promote judicial economy, which constitutes good cause for entry of a stay.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), National Oceanic and Atmospheric Administration Administrator Neil Jacobs is automatically substituted for his predecessor, Laura Grimm.

3. The December 7, 2026 trial date and the deadlines set forth in the Rule 16 Scheduling Order (ECF 43) shall be taken off calendar.

4. The Court shall administratively stay this case until such time as any party contacts the Court to request that the stay be lifted. The parties shall send any request to lift the stay to porter_orders@hid.uscourts.gov, copying opposing counsel.

5. Following the Court's receipt of a request from any party to lift the stay, the Court will hold a conference to set a new trial date and deadlines.

DATED:   January 28, 2026.

/s/ David L. Henkin
DAVID L. HENKIN
KYLIE W. WAGER CRUZ
HARLEY M. BROYLES
EARTHJUSTICE

Attorneys for Plaintiffs


ADAM R.F. GUSTAFSON
Principal Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By /s/ Jennifer Sundook
JENNIFER SUNDOOK
Trial Attorney
Natural Resources Section

Attorneys for Defendants

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, January 28, 2026.



Wes Reber Porter
United States Magistrate Judge

---

*Kāpaʻa, et al. v. Donald J. Trump, et al.*; Civil No. 25-00209 MWJS-WRP;
STIPULATION RE: ADMINISTRATIVE STAY; ORDER

3